## AFFIDAVIT OF FBI TASK FORCE OFFICER JOHN L. OLIVEIRA

I, FBI Task Force Officer John Oliveira, being duly sworn, depose and state as follows:

1.     I am a Detective with the Somerville Police Department.  I have been employed as an Officer with the Somerville Police for the past seventeen years, the last ten years as a Detective.  I have been assigned to the Federal Bureau of Investigation ("FBI") Violent Crimes Task Force ("Task Force") since 2008, as a Task Force Officer.  As such, I have been sworn-in as a Special Deputy U.S. Marshal.  The Task Force comprises personnel from the FBI; several local police departments; and the Massachusetts State Police.  During my tenure as a law enforcement officer, both with the Somerville Police Department and the Task Force, I have participated in numerous bank robbery investigations.

2.     I am aware that 18 U.S.C. § 2113(a) makes it a crime for anyone to use force and violence, or intimidation, to take or attempt to take from the person or presence of another, money belonging to or in the care, custody, control, management, or possession of any federally insured bank, and that 18 U.S.C. § 2113(d), provides that whoever, in committing or attempting to commit a violation of § 2113(a), assaults any person or puts in jeopardy the life of any person by the use of a dangerous weapon or device is subject to increased penalties.

3.     The facts stated herein are based on my personal knowledge, as well as information provided to me by witnesses and other law enforcement officers involved in the investigation, and from reviewing evidence, such as bank surveillance images.  I submit this affidavit for the limited purpose of establishing probable cause.  In submitting this affidavit, I have not included each and every fact known to me and other law enforcement officers involved in the investigation.

4.     As further described below, I believe that there is probable cause to believe that the defendant has violated 18 U.S.C. § 2113(a) & (d).

## ATTEMPTED ARMED ROBBERY OF CENTURY BANK

5.      On August 4, 2014, James PATTERSON ("PATTERSON") and Dawn Spurr ("Spurr") were arrested during an attempted robbery of the Century Bank located at 134 Cambridge Street, Burlington, MA.  Earlier on August 4, 2014, officers were conducting a physical surveillance in the vicinity of Spurr's residential address.  Officers observed Spurr, a white female, and PATTERSON, a black male, exit the residence and enter a brown/tan Acura Legend, Spurr entering the front driver's side, and PATTERSON the front passenger's side.  The Acura bore Massachusetts Registration No. XXXPY1.  The officers observed the Acura driving past the front and rear of several banks, and observed the Acura slowing down in front of the banks.  Eventually, officers observed the Acura driving past, and slowing down in front of, the Century Bank at 134 Cambridge Street, Burlington, MA.

6.      After driving past the bank several times, Spurr parked the Acura in the rear lot of 129 Cambridge Street.  PATTERSON then changed clothes inside the Acura.  PATTERSON exited the Acura and crossed Cambridge Street wearing dark clothes, sunglasses, a baseball cap, and clear plastic gloves.  PATTERSON then walked towards the location of the bank at 134 Cambridge Street.  As PATTERSON approached the corner of the bank parking lot, the FBI moved to arrest PATTERSON.  As the FBI SWAT vehicles drove toward PATTERSON and entered onto Cambridge Street, PATTERSON turned around and walked back toward the Acura. The FBI stopped PATTERSON and ordered him to raise his hands.  As PATTERSON was raising his hands, a black handgun-style gun, which was later determined to be a BB gun, dropped to the ground.  PATTERSON was then arrested.  Spurr was ordered out of the Acura and was arrested.

**PRIOR BANK ROBBERIES**

7.      There is also probable cause to believe that PATTERSON, with the assistance of

Spurr, committed the following prior bank robberies:

A.      April 16, 2014, the Beverly Bank located at 63 Dodge Street, Beverly,
        MA;

B.      May 10, 2014, the People's United Bank located at 63 Dodge Street,
        Beverly, MA;

C.      June 4, 2014, the Century Bank located at 102 Fellsway West, Somerville,
        MA;

D.      June 12, 2014, the South Shore Bank located at 1538 Turnpike Street,
        Stoughton, MA; and

E.      July 20, 2014, the North Shore Bank located at 319 Highland Avenue,
        Salem, MA.

8.      Witness accounts and surveillance video indicate that all of the above-mentioned

banks were robbed by a black male, wearing sunglasses and latex/rubber/plastic gloves and

covering his lower face with a mask, bandana, or clothing.

9.      Officers have examined video surveillance still photographs from certain of the

above-mentioned bank robberies that depicted the bank robber and compared them to

PATTERSON's RMV photograph and observations of PATTERSON during physical

surveillance and at the time of his arrest.  Observations of PATTERSON and his RMV

photograph appear to match the appearance of the bank robber depicted in the surveillance video

still photographs and are generally consistent with the witness descriptions of the bank robber.

**Beverly Bank**

10.      On April 16, 2014, a black male entered the Beverly Bank located at 63 Dodge

Street, Beverly, MA.  The man was wearing dark pants, a black vest, a white sweatshirt, a black

baseball hat, large dark sunglasses, and clear latex gloves.  The vest was pulled up over his mouth

and nose.  The man stood in the middle of the bank and stated, "this is a robbery, get your hands

up, I want all of your money."  He then stated "I want 100's, 50's, and 20's."  Each teller placed

money on the counter in front of his/her window, and the robber placed the money in his vest

pockets.  The robber returned to one teller and stated "I told you 100's and 50's."  The teller then

gave the robber more money.  The robber then told everyone not to call the police for five

minutes as he would be watching.  The robber exited the bank and walked along the sidewalk

before crossing the street, walking through a Walgreen's parking lot, and then running up the

street.

### People's United Bank

11.     On May 10, 2014, a black male entered the People's United Bank located at 63

Dodge Street, Beverly, MA.  The man was wearing black pants, a black hoodie, a dark blue Red

Sox coat, dark sneakers with white stripes, a black mask, mirrored sunglasses, and clear rubber

gloves.  After he entered the bank, the man yelled, "this is a robbery, give me all your 50's and

100's. Put your hands up."   He also stated, "don't try anything, I got someone outside waiting!"

The robber took money from the four tellers and placed it in his pockets.  The robber then exited

the bank, and surveillance video showed that he walked through the same Walgreen's parking lot

in the same direction as the robber did after the Beverly Bank robbery.

12.     On May 10, 2014, around the time of the People's United Bank robbery, video

surveillance taken from the area of the People's United Bank depicted a black 4-door car, which

appeared to possibly be a Volvo.

### Century Bank

13.     On June 4, 2014, a black male entered the Century Bank located at 102 Fellsway

West, Somerville, MA.  The man was wearing black pants, a silver hooded jacket, a white

baseball cap, white/red sneakers, a black mask, reflective sunglasses, and clear latex gloves.

After he entered the bank, the man went into the manager's office and stated, "this is a robbery,"

and demanded that the manager accompany him to the teller's window.  As the robber

approached the lobby area, he stated, "this is a robbery, I want all of your fucking money or I'll

shoot all of you, large bills only, 100's and 50's."  The tellers emptied their drawers and placed

the money in their trays, and the robber grabbed the money.  When the robber observed a twenty

dollar bill, he stated, "if you don't give me all of the money, I'll shoot up the whole fucking

place."  As the robber exited the bank, he grabbed his waistband and stated, "don't call the cops

for five minutes, I have someone outside watching."

### South Shore Bank

14.     On June 12, 2014, a black male entered the South Shore Bank located at 1538

Turnpike Street, Stoughton, MA.  The man was wearing a white track suit, a black baseball hat, a

white bandana across his face, dark sunglasses, and clear plastic gloves.  After he entered the

bank, the man shouted, "this is a robbery."  As the robber approached a teller's window, he

yelled, "Give me all the fifties and hundreds, you have one minute."  After the teller handed the

robber the money in his drawer, the robber shouted, "give me more."  The teller showed the

robber that the drawer was empty.  As the robber approached the next teller, he shouted, "give all

the fucking fifties and hundreds, you have one minute."  After the teller gave the robber all the

fifty and hundred dollar bills, the robber shouted, "give me more."  The teller then gave the

robber all the twenty dollar bills.  The robber walked towards the door and shouted, "get down."

He then said, "don't call the police for five minutes, I have someone outside watching."  The

robber then left the bank.

15.     On June 12, 2014, before and after the robbery, video surveillance from a store

neighboring the South Shore Bank showed the robber traveling to/from the bank on foot.  After

the robbery, the video depicted the robber getting into the rear passenger seat of a parked car

being operated by another person.  The car was a black 4-door car, which appeared to possibly be a Volvo.

### North Shore Bank

16.    On July 20, 2014, a black male entered the North Shore Bank located at 319 Highland Avenue, Salem, MA.  The man was wearing a dark workout suit, a blue baseball hat, a dark blue bandana across his face, large aviator-style glasses, and clear plastic gloves.  The man entered the bank directly behind another customer, and told the customer, "get on the ground this is a robbery."   The robber approached a teller's window and stated, "this is a robbery, I have a weapon, I have someone waiting outside if you take too long someone is gonna go down, hurry up."  The robber kept his hand in the right pocket of his jacket and motioned as if he had a gun. The robber demanded twenties, and then demanded all the money, including fifties and hundreds. At one point, the robber stated, "I told you to hold your hand up if you don't I will have to blow your fucking head off."  He also stated, "I am leaving don't anyone turn around and look or I will blow your head off."  After gathering the money, the robber left the bank.

17.    On July 20, 2014, following the North Shore Bank robbery, a witness observed a black male with a baseball hat and a dark mask covering his face, walking out of the driveway of the plaza where the bank is located.  The man then got into the back seat of an older model 4-door Volvo with Massachusetts license plates.  The Volvo was pulled over on the right side of the road with its blinker on, approximately 100 yards from the plaza's entrance.  The witness described the Volvo as green.  As the witness continued to her destination, she observed the Volvo drive by, and observed the black male in the back seat, with two heavy-set white or possibly light-skinned Hispanic females in the front seat.

18.    On July 20, 2014, prior to the North Shore Bank robbery, a witness observed a black male, wearing sunglasses and gloves, acting suspiciously in the area of the TD Bank at 31

Cross Street in Peabody, MA.  As the witness approached the black male, the black male got into

the rear of a black Volvo, with Massachusetts Registration No. XXXPY1, which then drove off.

## INVESTIGATION

19.     On June 17, 2014, I showed a still photo of the vehicle surveilled in the area of the

People's United Bank robbery to the Service Manager of Herb Chambers Volvo in Dedham, MA.

He told me the car appeared to be a 1994 or 1995 Volvo, model number 940 or 960 GLE.

20.     On June 16, 2014, I showed still photos of the vehicle surveilled following the

South Shore Bank robbery to the Service Manager of Herb Chambers Volvo in Dedham, MA.

He told me the car was possibly a 1991, 1992, or 1994 Volvo, model number 940 or 960.

21.     According to the Registry of Motor Vehicles database, Massachusetts Registration

No. XXXPY1, which was observed by the witness prior to the North Shore Bank robbery, is a

black 1994 Volvo, registered to R.P., an individual with the same residential address as Spurr.

22.     On July 21, 2014, officers conducted physical surveillance in the vicinity of

Spurr's residential address.   During this surveillance, officers observed the black Volvo,

Massachusetts Registration No. XXXPY1, parked in the driveway of Spurr's residential address,

with no plates attached.

23.     On July 22, 2014, officers conducted physical surveillance in the vicinity of

Spurr's residential address.  During this surveillance, officers observed Spurr operating the black

Volvo, Massachusetts Registration No. XXXPY1, and then removing the plates.  Officers also

observed the license plate of Massachusetts Registration No. XXXPY1, which belongs to the

Volvo, attached to the brown/tan Acura Legend.  In addition, the inspection sticker had been

removed from the Volvo and attached to the Acura.

24.     On July 23, 2014, officers conducted a physical surveillance in the vicinity of

Spurr's residential address.   During this surveillance, officers observed Spurr operating the

Acura, with the license plate of Massachusetts Registration No. XXXPY1 attached.   Officers

observed PATTERSON in the front passenger seat of the car.   Officers followed the car from the

area of Spurr's residential address to the residential address of PATTERSON in Brockton, MA.

The officers observed the Acura pull into the driveway of PATTERSON's residential address and

observed both PATTERSON and Spurr enter the residence.

## SPURR'S STATEMENT

25.     After her arrest on August 4, 2014, Spurr was informed of her Miranda rights.

Spurr acknowledged that she understood her rights and wanted to make a statement.   Spurr

admitted that she knew PATTERSON's intent that day was to rob a bank.   Spurr also admitted to

driving PATTERSON to two bank robberies in Beverly, a bank robbery in Salem, and several

other bank robberies, although she could not recall the specific towns in which they occurred.

However, Spurr described the Mystic Valley Parkway area as the location of one robbery and

recalled that another robbery occurred on the way to Brockton, MA.

26.     The Century Bank located at 102 Fellsway West, Somerville, MA is just off the

Mystic Valley Parkway.   The South Shore Bank located at 1538 Turnpike Street, Stoughton, MA,

is just off Route 24, approximately five miles from Brockton.

## PATTERSON'S STATEMENT

27.     After his arrest on August 4, 2014, PATTERSON was informed of his Miranda

rights.   PATTERSON acknowledged that he understood his rights and agreed to be interviewed.

PATTERSON asked, "what do I have to do to get my girl off?"   PATTERSON was asked what

he had been doing for the past two weeks, to which he replied, "not much."   When PATTERSON

was informed that he had been under surveillance by the FBI, PATTERSON stated, "ok, I know I

can't help myself but what can I do to get my girl off."   PATTERSON asked whether his

girlfriend was going to get probation or jail time.   PATTERSON was asked if the Acura was his,

to which PATTERSON replied, "I bought it for my girl."  PATTERSON asked if there was

something he could sign that would allow Spurr to walk out of the police station that night.

PATTERSON stated that when he and Spurr were arrested last year for bank robbery in Rhode

Island, he was able to sign something and allow Spurr to leave the station.

## CONCLUSION

WHEREFORE, I submit that there is a probable cause to believe that PATTERSON has

violated 18 U.S.C. § 2113(a) & (d).

_____
John L. Oliveira
FBI Task Force Officer


Subscribed and sworn to before me,
this ___ day of November, 20 Nov 3, 2014

_____
The Honorable Judith G. Dein
United States Magistrate Judge

9